IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

TUCARA ANN TAYLOR  )
a/k/a TUCARA ANN CADE,  )
  )
    Petitioner,  )
  )
vs.  )   Case No. CIV-17-951-M
  )
STATE OF OKLAHOMA,  )
  )
    Respondent.  )

## ORDER

On March 26, 2018, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus be dismissed without prejudice as moot. Petitioner was advised of her right to object to the Report and Recommendation by April 16, 2018. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)   ADOPTS the Report and Recommendation [docket no. 8] issued by the Magistrate Judge on March 26, 2018, and

(2)   DISMISSES the Petition for Writ of Habeas Corpus without prejudice as moot.

**IT IS SO ORDERED this 26th day of April, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE